■ In the Matter of DERRICK FONTAINE, Petitioner, v PHYLLIS O. FLUG, as Justice of Supreme Court of State of New York, et al., Respondents. [646 NYS2d 281] —*Pro se* motion by the petitioner in a proceeding pursuant to CPLR article 78 for an enlargement of time to perfect the proceeding.

Cross motion by the respondent to dismiss the proceeding, *inter alia,* as academic.

Upon the papers filed in support of the motion and cross motion, and the papers filed in opposition thereto, it is

Ordered that the motion is denied; and it is further,

Adjudged that the cross motion is granted and the proceeding is dismissed, without costs or disbursements.

This proceeding seeks, *inter alia,* to disqualify Justice Flug from proceeding with any matters relating to an underlying criminal action entitled *People v Derrick Fontaine,* Queens County Indictment No. 2798/95. Since the criminal action which is the subject of this proceeding is no longer before Justice Flug, this proceeding is academic. Bracken, J. P., Santucci, McGinity and Luciano, JJ., concur.